**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:12CV20-MOC-DSC**

| | |
|---|---|
| JASON PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| THE REMI GROUP, LLC, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on "Defendants' Partial Motion to Dismiss" (document #6), "Plaintiff's Motion for Leave to File Amended Complaint" (document #8), and the parties' associated briefs and exhibits (documents ##7, 9 and 10).

This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636, and these Motions are now ripe for consideration.

Having considered the record, authorities, and arguments, the Court grants "Plaintiff's Motion for Leave to File Amended Complaint" (document #8). Plaintiff shall file his Amended Complaint within ten days of this Order.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

Accordingly, "Defendants' Partial Motion to Dismiss" (document #6) is administratively **DENIED** as moot without prejudice.

**SO ORDERED.**                    Signed: February 27, 2012

David S. Cayer
United States Magistrate Judge